IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| SHAY FINANCIAL SERVICES, INC., UBS FINANCIAL SERVICES, INC., MORGAN STANLEY & CO., LLC, MERRILL LYNCH & CO., INC., and J.P. MORGAN SECURITIES LLC, Successor In Interest to BEAR STEARNS & CO., INC., | § § § § § § § § | Civil Action No. 3:11-cv-03125-L |
| Defendants. | § § | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants respectfully file this Unopposed Motion To Extend Time to Respond to Plaintiff's Complaint and seek an extension to answer, move, or otherwise respond (including any motion under Federal Rule of Civil Procedure 12) to Plaintiff's Complaint until on or before February 10, 2012. Granting this brief 46-day extension would not materially delay this litigation, which was filed on November 11, 2011, and served on several of the Defendants on December 5, 2011, making the response date the day after Christmas. Defendants' also move that any response from Plaintiff, including any filing pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), be due on March 26, 2012, with any further replies from Defendants due on April 25, 2012.

Plaintiff does not oppose this Motion.

Plaintiff and Defendants have conferred in good faith, and this Motion is not filed for purposes of unreasonable delay.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court grant their Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint and set the Defendants' deadline as February 10, 2012. Defendants also request that any response from Plaintiff be due on March 26, 2012. Defendants further request that any reply from Defendants be due April 25, 2012.

Respectfully Submitted,

**SECORE & WALLER, L.L.P.**

/s/ David B. Dyer
David B. Dyer
State Bar No. 06313500

12222 Merit Drive, Suite 1350
Dallas, Texas 75251
(972) 776-0200 - Telephone
(972) 776-0240 - Facsimile
Email: david@secorewaller.com
**ATTORNEY FOR DEFENDANT SHAY FINANCIAL SERVICES, INC.**

**GIBSON, DUNN & CRUTCHER LLP**

/s/Brian Robinson
Brian E. Robinson
State Bar No. 00794547

2100 McKinney Avenue
Dallas, TX 75201-6912
(214) 698-3370 - Telephone
(214) 571-2928 – Facsimile
Email: BRobinson@gibsondunn.com
**ATTORNEYS FOR DEFENDANT
UBS FINANCIAL SERVICES, INC.**


**FULBRIGHT & JAWORSKI L.L.P.**

/s/Ellen Sessions
Rodney Acker
State Bar No. 00830700
Ellen Sessions
State Bar No. 00796282

2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
(214) 855-8000 - Telephone
(214) 855-8200 – Facsimile
Email: racker@fulbright.com
Email: esessions@fulbright.com
**ATTORNEYS FOR DEFENDANT
MORGAN STANLEY & CO., INC.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/Noelle M. Reed
Noelle M. Reed
State Bar No. 24044211
Heather A. Lohman
State Bar No. 24027008

1000 Louisiana Street, Suite 6800
Houston, TX 77002
(713) 655-5122 - Telephone
(713) 483-9122 - Facsimile
Email: Noelle.Reed@Skadden.com
Email: Heather.Lohman@Skadden.com
**ATTORNEYS FOR DEFENDANT MERRILL LYNCH & CO., INC.**

**GREENBERG TRAURIG, LLP**

/s/Stephen C. Carlin
Stephen C. Carlin
State Bar No. 03807700
Marc D. McPeak
State Bar No. 24039050
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: carlins@gtlaw.com
Email: mcpeakm@gtlaw.com

Eric N. Whitney
State Bar No. 00785241
GREENBERG TRAURIG, LLP
200 Park Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: whitneye@gtlaw.com

**ATTORNEYS FOR DEFENDANT J.P. MORGAN SECURITIES LLC, Successor in Interest to BEAR STEARNS & CO., INC.**

**UNOPPOSED:**

**SCHNEIDER & MILLER, P.C.**

/s/ Stuart M. Reynolds, Jr.
Stuart M. Reynolds, Jr.
State Bar No. 16805700
Steven A. Schneider
State Bar No. 17790550

300 N. Coit Road, Suite 1125
Richardson, Texas  75080
(972) 479-1112 – Telephone
(972) 479-1113 – Facsimile
Email: steve@schneidlaw.com
Email: stuart@schneidlaw.com
**ATTORNEYS FOR PLAINTIFF
TOWN NORTH BANK, N.A.**

## CERTIFICATE OF CONFERENCE

Through representatives, counsel for Plaintiff and counsel for Defendants conferred on December 21, 2011 regarding the substance of this Unopposed Motion, and all parties are unopposed and agree to the relief sought by this motion.

/s/Ellen Sessions
Ellen Sessions

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011 I electronically filed the foregoing Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint with the Clerk of the Court using the ECF System for the Northern District of Texas which will send notification of such filing to all registered participants.

| | |
|---|---|
| Stuart M. Reynolds, Jr. | Brian E. Robinson |
| Steven A. Schneider | State Bar No. 00794547 |
| SCHNEIDER & MILLER, P.C. | GIBSON, DUNN & CRUTCHER LLP |
| 300 N. Coit Road, Suite 1125 | 2100 McKinney Avenue |
| Richardson, Texas 75080 | Dallas, TX 75201-6912 |
| (972) 479-1112 – Telephone | (214) 698-3370 - Telephone |
| (972) 479-1113 – Facsimile | (214) 571-2928 – Facsimile |
| Email: steve@schneidlaw.com | Email: BRobinson@gibsondunn.com |
| Email: stuart@schneidlaw.com | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | **UBS FINANCIAL SERVICES, INC.** |
| **TOWN NORTH BANK, N.A.** | |

Noelle M. Reed
State Bar No. 24044211
Heather A. Lohman
State Bar No. 24027008
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
(713) 655-5122 - Telephone
(713) 483-9122 - Facsimile
Email: Noelle.Reed@Skadden.com
Email: Heather.Lohman@Skadden.com
**ATTORNEYS FOR DEFENDANT
MERRILL LYNCH & CO., INC.**

Stephen C. Carlin
State Bar No. 03807700
Marc D. McPeak
State Bar No. 24039050
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: carlins@gtlaw.com
Email: mcpeakm@gtlaw.com

Eric N. Whitney
State Bar No. 00785241
GREENBERG TRAURIG, LLP
200 Park Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: whitneye@gtlaw.com

**ATTORNEYS FOR DEFENDANT
J.P. MORGAN SECURITIES LLC,
Successor in Interest to BEAR STEARNS
& CO., INC.**

/s/Ellen Sessions
Ellen Sessions