IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3125-L** |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES, INC., | § | |
| MORGAN STANLEY & CO., INC., and | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| Successor In Interest to Bear Stearns & Co., | § | |
| Inc., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, filed December 22, 2011. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendants to answer, move or otherwise respond to the Complaint is **February 10, 2012;** the deadline for any response from Plaintiff (including any filing pursuant to Federal Rule of Civil Procedure 15(a)(1)(B)), is **March 26, 2012;** and the deadline for any replies from Defendants is **April 25, 2012**. *These deadlines will not be extended.*

**It is so ordered** this 23rd day of December, 2011.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

ORDER – SOLO PAGE