ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 JAN 30  PM 3:50
DEPUTY CLERK____N7____

| | | |
|---|---|---|
| Town North Bank, NA | § § § § | |
| *Plaintiff* | § | |
| v. | § § | Case No. ____3:11-cv-03125-L____ |
| Shay Financial Services, Inc. et al. | § § § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)
Greenberg Traurig, LLP _____, with offices at

200 Park Avenue
(Street Address)

| New York | NY | 10166 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(212) 801-6528 .
(Telephone No.)

II.  Applicant will sign all filings with the name Richard A. Edlin .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

edlinr@gtlaw.com .
(E-mail Address)

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

J.P. Morgan Securities LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of

New York_____, where Applicant regularly practices law.

Bar license number: _____2051696_____   Admission date: _____02/25/1986_____

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| State of New Jersey | 12/23/1985 | Active |
| Southern District of New York | 03/18/1986 | Active |
| Eastern District of New York | 03/18/1986 | Active |
| Federal Circuit Court of Appeals | 02/11/2007 | Active |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:         Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Marc D. McPeak _____ who has offices at

2200 Ross Avenue, Ste. 5200
(Street Address)

Dallas                                TX                    75201
(City)                              (State)               (Zip Code)

(214) 665-3673
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 26TH day of January, 2012.

Richard A. Edlin
Printed Name of Applicant

*(signature)*
Signature

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

<u>Town North Bank, NA</u>

                Plaintiff

<u>v.</u>                                  Case No. 3:11-cv-03125-L

<u>Shay Financial Services, Inc. et al.</u>

                Defendant

**APPLICATION FOR ADMISSION PRO HAC VICE, continued**

Richard A. Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-6528
edlinr@gtlaw.com

**V.**    Additional Courts of Admission

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| 2nd Circuit Court of Appeals | 10/26/1990 | Active |
| 3rd Circuit Court of Appeals | 02/09/1987 | Active |
| 7th Circuit Court of Appeals | 11/07/2003 | Active |
| Supreme Court | 08/14/1992 | Active |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# RICHARD A. EDLIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 25, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 5, 2012

Clerk of the Court

7259