UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JAN 30 PM 3:50

DEPUTY CLERK __NT__

| | | |
|---|---|---|
| Town North Bank, NA | § | |
| _Plaintiff_ | § § § § | |
| v. | § | Case No. 3:11-cv-03125-L |
| Shay Financial Services, Inc. et al. | § § § | |
| _Defendant_ | § | |

## APPLICATION FOR ADMISSION _PRO HAC VICE_
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)
 Greenberg Traurig, LLP                                      , with offices at

200 Park Avenue
(Street Address)

New York                              NY                  10166
(City)                                (State)             (Zip Code)

(212) 801-2132
(Telephone No.)

II. Applicant will sign all filings with the name  Anastasia A. Angelova               .

OPTIONAL: Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

angelovaa@gtlaw.com
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

J.P. Morgan Securities LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of New York, where Applicant regularly practices law.

Bar license number: 3978079   Admission date: 06/05/2001

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| 2nd Circuit Court of Appeals | 01/26/2005 | Active |
| 3rd Circuit Court of Appeals | 11/07/2007 | Active |
| Eastern District of New York | 07/03/2001 | Active |
| Southern District of New York | 06/26/2001 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Marc D. McPeak _____ who has offices at

2200 Ross Avenue, Ste. 5200
(Street Address)

Dallas                                             TX                            75201
(City)                                            (State)                        (Zip Code)

(214) 665-3673
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 26TH day of January, 2012.

Anastasia A. Angelova
Printed Name of Applicant

*[signature]*
Signature

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANASTASIA ANGELOVA ANGELOVA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 5, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 5, 2012**

*Clerk of the Court*

7262

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Town North Bank, NA § | |
| *Plaintiff* § | |
| § | |
| v. § | Case No. 3:11-cv-03125-L |
| § | |
| Shay Financial Services, Inc. et al. § | |
| *Defendant* § | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

Anastasia A. Angelova                                                                                          .

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                  PRESIDING JUDGE