IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:11-CV-3125-L |
| | § | |
| SHAY FINANCIAL SERVICES, INC., ET AL. | § | |
| | § | |
| | § | |
| DEFENDANTS. | § | |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant MORGAN STANLEY & CO. LLC ("Defendant") gives notice to the Court as well as to all parties to this lawsuit that the following attorney is now appearing as counsel for Defendant:

> Nicholas K. Taunton
> Fulbright & Jaworski L.L.P.
> 2200 Ross Avenue, Suite 2800
> Dallas, Texas  75201
> Telephone:  214-855-7427
> Facsimile:   214-855-8200
> ntaunton@fulbright.com

Ms. Sessions will remain as Defendant's lead counsel.

Defendant respectfully requests that the Court as well as parties to this lawsuit take notice of this appearance of counsel and requests that the undersigned counsel be served with all discovery, pleadings, notices, correspondence and all other documents served or required to be served on them in this case.

Dated: February 6, 2012                    Respectfully submitted,

                                               */s/ Nicholas K. Taunton*
                                               Ellen Sessions
                                               State Bar No.  00796282
                                               esessions@fulbright.com
                                               Rodney Acker
                                               State Bar No.  00830700
                                               racker@fulbright.com
                                               Nicholas K. Taunton
                                               State Bar No. 24079439
                                               ntaunton@fulbright.com
                                     2200 Ross Avenue, Suite 2800
                                     Dallas, TX  75201-2784
                                     Telephone:     (214) 855-8000
                                     Facsimile:      (214) 855-8200

OF COUNSEL                                **Counsel for Defendant Morgan Stanley &**
FULBRIGHT & JAWORSKI L.L.P.            **Co. LLC**

## CERTIFICATE OF SERVICE

On February 6, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2):

Stuart Mallory Reynolds, Jr.
Steven A. Schneider
Schneider & Miller, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX  75080

David B. Dyer
Secore & Waller
12222 Merit Drive, Suite 1350
Dallas, TX  75251

Brian Edward Robison
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912

Stephen C. Carlin
Anastasia A. Angelova
Eric N. Whitney
Marc D. McPeak
Greenberg Traurig LLP
2200 Ross Avenue, Suite 5200
Dallas, TX  75201

Richard A. Edlin
Greenberg Taurig LLP
200 Park Avenue
New York, NY  10166

Kevin J. Orsini
Michael T. Reynolds
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Noelle M. Reed
Heather A. Lohman
Skadden Arps Slate Meager & Flom
1000 Louisiana Street, Suite 6800
Houston, TX  77002-5026

  */s/ Nicholas K. Taunton*
    Nicholas K. Taunton