## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES INC., | § | Civil Action No. 3:11-CV-3125-L |
| MORGAN STANLEY & CO. LLC, | § | |
| MERRILL LYNCH & CO., INC., and | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| Successor In Interest to | § | |
| BEAR STEARNS & CO. INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendants UBS Financial Services, Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc., and J.P. Morgan Securities, LLC's Unopposed Motion for Leave to File Memorandum of Law in Excess of Page Limitations, filed February 9, 2012. The court determines that the motion should be, and his hereby, **granted**. Accordingly, Defendants UBS Financial Services, Inc.'s, Morgan Stanley & Co. LLC's, Merrill Lynch & Co., Inc.'s and J.P. Morgan Securities, LLC's are granted leave to exceed the 25-page limitation by **10-pages** when filing their joint Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint Against Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc. and J.P. Morgan Securities LLC.

**It is so ordered** this 9th day of February, 2012.

_____
Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**