IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3125-L** |
| | § | |
| **SHAY FINANCIAL SERVICES, INC., UBS FINANCIAL SERVICES, INC., MORGAN STANLEY & CO., LLC, MERRILL LYNCH & CO., INC., and J.P. MORGAN SECURITIES, LLC,** Successor in Interest to Bear Stearns & Co., Inc., | § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is **David B. Dyer** and the law firm of **Secore & Waller, L.L.P.** ("Counsel") Motion to Withdraw, filed **February 13, 2012**. Counsel for **Plaintiff**, **Shay Financial Services, Inc. ("Shay")**, request that they be allowed to withdraw as counsel for Shay in this case. The court determines that the motion should be, and is hereby, **granted.** Accordingly, the court **allows (David B. Dyer** and the law firm of **Secore & Waller, L.L.P.** to withdraw as counsel for Shay, and they are relieved of any further obligation to or representation of Shay in this case. S. Cass Weiland and the law firm of Patton Boggs LLP will remain as Shay's counsel.

**It is so ordered** this 14th day of February, 2012.

_____
Sam A. Lindsay
United States District Judge

Order - Solo Page