IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| SHAY FINANCIAL SERVICES, INC., UBS FINANCIAL SERVICES, INC., MORGAN STANLEY & CO., LLC, MERRILL LYNCH & CO., INC., and J.P. MORGAN SECURITIES LLC, Successor In Interest to BEAR STEARNS & CO., INC., | § § § § § § § § § | Civil Action No. 3:11-cv-03125-L |
| Defendants. | § § | |

## PLAINTIFF'S AMENDED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS AND TO FILE AMENDED COMPLAINT

Plaintiff respectfully files this Amended Motion To Extend Time to Respond to Defendants' Motions to Dismiss and to File Amended Complaint until on or before April 9, 2012. Plaintiff knows the Court's Order dated December 23, 2011 stated that the extended deadlines "will not be extended." Plaintiff's counsel have worked diligently to meet the filing deadline of March 26, 2011, but have had in the last two weeks, and continuing into the next week, client emergencies that have engaged all of the four lawyers in the firm. We respectfully request this additional 14-day extension not for delay only but so that justice may be done. Defendants' reply would likewise be extended two weeks and be due on May 9, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court grant its Motion to Extend Time to Respond to Motions to Dismiss Complaint and to File

Amended Complaint and set Plaintiff's deadline as April 9, 2012 and Defendants' reply deadline as May 9, 2012.

Respectfully submitted,

/s/ Stuart M. Reynolds, Jr.
Stuart M. Reynolds, Jr.
State Bar No. 16805700
Steven A. Schneider
State Bar No. 17790550
**SCHNEIDER & MILLER, P.C.**
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Telecopy: (972) 479-1113
Email: steve@schneidlaw.com
Email: stuart@schneidlaw.com

**ATTORNEYS FOR PLAINTIFF
TOWN NORTH BANK, N.A.**

## AMENDED CERTIFICATE OF CONFERENCE

The undersigned has now heard from counsel for all Defendants, and they do not oppose this motion.

/s/ Stuart M. Reynolds, Jr.
Stuart M. Reynolds, Jr.

## CERTIFICATE OF SERVICE

I certify that this Amended Motion for Extension of Time was filed with the Court on March 26, 2012, and a copy was served on counsel of record, as listed below, via the court's electronic filing system on the same date:

Brian Edward Robison
Gibson, Dunn & Crutcher, LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3370
Email: brobison@gibsondunn.com

Attorneys for Defendant
UBS Financial Services, Inc.

Ellen Sessions
Rodney Acker
Nicholas K. Taunton
Fulbright & Jaworski, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Tel: (214) 855-8000
Email: sessions@fulbright.com
Email: racker@fulbright.com
Email: ntaunton@fulbright.com

James P. Rouhandeh
Daniel J. Schwartz
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Email: rouhandeh@davispolk.com
Email: daniel.schwartz@davispolk.com
Email: paul.mishkin@davispolk.com

Attorneys for Defendant
Morgan Stanley & Co., LLC

Noelle M. Reed
Heather A. Lohman
Skadden, Arps, Slate, Meagher & Flom, LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002-5026
Tel: (713) 655-5122
Email: noelle.reed@skadden.com
Email: heather.lohman@skadden.com

Attorneys for Defendant
Merrill Lynch & Co., Inc.

Stephen C. Carlin
Marc D. McPeak
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel: (214) 665-3600
Email: carlins@gtlaw.com
Email: mcpeakm@gtlaw.com

Eric N. Whitney
Anatasia A. Angelova
Richard A. Edlin
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Tel: (212) 801-9200
Email: whitneye@gtlaw.com
Email: angelovaa@gtlaw.com
Email: edlinr@gtlaw.com

Michael T. Reynolds
Kevin J. Orsini
Cravath Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Email: mreynolds@cravath.com
Email: korsini@cravath.com

Attorneys for Defendant
J.P. Morgan Securities, LLC, Successor in Interest to Bear Stearns & Co., Inc.

S. Cass Weiland
Patton Boggs, LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758-1500
214-758-1550 (Telecopier)
Email: cweiland@pattonboggs.com
Attorneys for Defendant Shay Financial Services, Inc.

/s/ Stuart M. Reynolds, Jr.
Stuart M. Reynolds, Jr.

S:\Town North Bank - CDO Litigation\Pleadings\Drafts\Plaintiff's Amended Motion to Extend Time to Respond to Motions to Dismiss and to File Amended Complaint.doc