IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES INC., | § | |
| MORGAN STANLEY & CO. LLC, | § | CIVIL ACTION NO. 3:11-cv-03125-L |
| MERRILL LYNCH & CO., INC., | § | |
| MERRILL LYNCH, PIERCE, FENNER & | § | |
| SMITH INCORPORATED, | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| successor in interest to | § | |
| BEAR STEARNS & CO., INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Agreed Motion for a Briefing Schedule on Motions to Dismiss the Newly Filed Amended Complaint and to Declare as Moot Motions to Dismiss the Original Complaint, filed April 24, 2012. The Agreed Motion for a Briefing Schedule on Motions to Dismiss the Newly Filed Amended Complaint and to Declare as Moot Motions to Dismiss the Original Complaint is **granted** as follows: Defendants' February 10, 2012 Motion to Dismiss Plaintiff's Complaint Against Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc. and J.P. Morgan Securities LLC [Dkt. No. 35] and Shay Financial Services, Inc.'s Separate Motion to Dismiss and Joinder in Co-Defendants' Motion to Dismiss, Memorandum of Law in Support Thereof [Dkt. No. 38] are **denied as moot.** The motion to dismiss deadline is reset to **May 18, 2012**. Any responses or replies to motions to

___

dismiss shall be filed in accordance with Local Rule 7.1 and the Federal Rules of Civil Procedure.

**It is so ordered** this 27th day of April, 2012.

_____
Sam A. Lindsay
United States District Judge

_____
**Order - Page 2**