IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3125-L** |
| | § | |
| **SHAY FINANCIAL SERVICES, INC., UBS** | § | |
| **FINANCIAL SERVICES, INC., MORGAN** | § | |
| **STANLEY & CO., LLC, MERRILL** | § | |
| **LYNCH & CO., INC., and J.P. MORGAN** | § | |
| **SECURITIES, LLC,** Successor in Interest | § | |
| to Bear Stearns & Co., Inc., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Bank Defendants' Unopposed Motion for Leave to File Memorandum of Law in Excess of Page Limitations, filed May 15, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Bank Defendants are allowed to exceed the 25-page limitation by **15 pages** for their Memorandum of Law in Support of Motion to Dismiss.

**It is so ordered** this 17th day of May, 2012.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page