## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES INC., | § | |
| MORGAN STANLEY & CO. LLC, | § | CIVIL ACTION NO. 3:11-cv-03125-L |
| MERRILL LYNCH & CO., INC., | § | |
| MERRILL LYNCH, PIERCE, FENNER | § | |
| & SMITH INCORPORATED, and | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| Successor In Interest to | § | |
| BEAR STEARNS & CO. INC., | § | |
| | § | |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF MOTION TO DISMISS
### PLAINTIFF'S AMENDED COMPLAINT AGAINST DEFENDANTS
### UBS FINANCIAL SERVICES INC., MORGAN STANLEY & CO. LLC,
### MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE,
### FENNER & SMITH INC., AND J.P. MORGAN SECURITIES LLC

Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., and J.P. Morgan Securities LLC file this Appendix in Support of Motion to Dismiss Plaintiff's Amended Complaint Against Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., and J.P. Morgan Securities LLC.

Dated: May 18, 2012

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____/s/ Ellen Sessions_____
    Ellen Sessions
    State Bar No.  00796282
    Rodney Acker
    State Bar No.  00830700
    Nicholas K. Taunton
    State Bar No.  24079439
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:       (214) 855-8000
Facsimile:        (214) 855-8200
Email:  racker@fulbright.com
Email:  sessions@fulbright.com
Email:  ntaunton@fulbright.com

    James P. Rouhandeh*
    Daniel J. Schwartz*
    Paul S. Mishkin*
    *admitted *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
Telephone:       (212) 450-4000
Facsimile:        (212) 701-5800
Email:  rouhandeh@davispolk.com
Email:  daniel.schwartz@davispolk.com
Email:  paul.mishkin@davispolk.com

**ATTORNEYS FOR DEFENDANT**
**MORGAN STANLEY & CO. LLC**

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

_/s/ Noelle M. Reed_

Noelle M. Reed
State Bar No.  24044211
Heather A. Lohman
State Bar No.  24027008
1000 Louisiana Street, Suite 6800
Houston, TX  77002-5026
Telephone:     (713) 655-5122
Facsimile:     (713) 483-9122
Email:  Noelle.Reed@Skadden.com
Email:  Heather.Lohman@Skadden.com

**ATTORNEYS FOR DEFENDANTS
MERRILL LYNCH & CO., INC. &
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED**

GREENBERG TRAURIG, LLP

_/s/ Stephen C. Carlin_
   Stephen C. Carlin
   State Bar No.  03807700
   Marc D. McPeak
   State Bar No.  24039050
2200 Ross Avenue, Suite 5200
Dallas, TX  75201
Telephone:    (214) 665-3600
Facsimile:    (214) 665-3601
Email:  carlins@gtlaw.com
Email:  mcpeakm@gtlaw.com

   Eric N. Whitney
   State Bar No.  00785241
   Anastasia A. Angelova*
   Richard A. Edlin*
   *admitted _pro hac vice_
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY  10166
Telephone:    (212) 801-9200
Facsimile:    (212) 801-6400
Email:  whitneye@gtlaw.com
Email:  angelovaa@gtlaw.com
Email:  edlinr@gtlaw.com

   Michael T. Reynolds*
   Kevin J. Orsini*
   *admitted _pro hac vice_
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700
Email:  mreynolds@cravath.com
Email:  korsini@cravath.com

**ATTORNEYS FOR DEFENDANT J.P. MORGAN SECURITIES LLC,** _**Successor in Interest to Bear Stearns & Co., Inc.**_

GIBSON, DUNN & CRUTCHER LLP

_/s/ Brian Edward Robison_

Brian Edward Robison
State Bar No.  00794547
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone:      (214) 698-3370
Facsimile:      (214) 571-2928
Email:  BRobison@gibsondunn.com

**ATTORNEYS FOR DEFENDANT UBS
FINANCIAL SERVICES INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Nicholas K. Taunton*
Nicholas K. Taunton

## APPENDIX TABLE OF CONTENTS

| Ex. | Document | Page No. |
|---|---|---|
| EX. A | Declaration of Paul S. Mishkin, dated May 18, 2012 | App. 1 – App. 3 |
| **RMBS OFFERING DOCUMENTS** | | |
| Nomura Asset Acceptance Corp., Alternative Loan Trust, Mortgage Pass-Through Certificates, Series 2004-AP3, allegedly purchased from Merrill Lynch on May 30, 2007 (Am. Compl. ¶ 134): | | |
| EX. B | Excerpts from Prospectus Supplement, dated November 23, 2004 | App. 4 – App. 41 |
| EX. C | Excerpts from Prospectus, dated February 24, 2004 | App. 42 – App. 47 |
| Morgan Stanley Mortgage Loan Trust 2005-7, allegedly purchased from Morgan Stanley on August 28, 2006 (Am. Compl. ¶ 151): | | |
| EX. D | Excerpts from Prospectus Supplement, dated October 27, 2005 | App. 48 – App. 80 |
| EX. E | Excerpts from Prospectus, dated July 27, 2005 | App. 81 – App. 107 |
| MASTR Adjustable Rate Mortgages Trust 2005-2, allegedly purchased from Morgan Stanley on May 30, 2007 (Am. Compl. ¶ 159): | | |
| EX. F | Excerpts from Prospectus Supplement, dated February 22, 2005 | App. 108 – App. 144 |
| EX. G | Excerpts from Prospectus, dated February 21, 2005 | App. 145 – App. 173 |
| Bear Stearns ALT-A Trust 2006-6, allegedly purchased from Morgan Stanley on August 10, 2007 (Am. Compl. ¶ 160): | | |
| EX. H | Excerpts from Prospectus Supplement, dated September 29, 2006 | App. 174 – App. 199 |
| EX. I | Excerpts from Prospectus, dated August 31, 2006 | App. 200 – App. 211 |
| Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Notes, Series 2005-A9, allegedly purchased from UBS on February 28, 2007 (Am. Compl. ¶ 175): | | |
| EX. J | Excerpts from Prospectus Supplement, dated December 20, 2005 | App. 212 – App. 242 |
| EX. K | Excerpts from Prospectus, dated August 26, 2005 | App. 243 – App. 255 |
| CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-6, allegedly purchased from UBS on August 30, 2007 (Am. Compl. ¶ 180): | | |
| EX. L | Excerpts from Prospectus Supplement, dated June 28, 2005 | App. 256 – App. 320 |
| EX. M | Excerpts from Prospectus, dated January 25, 2005 | App. 321 – App. 337 |

| Ex. | Document | Page No. |
|---|---|---|
| | **CDO OFFERING DOCUMENTS** | |
| | Soloso CDO 2007-1 Ltd., co-issued by Bear Stearns and SunTrust Capital Markets, Inc., allegedly purchased on June 27, 2007 (Am. Compl. ¶ 111): | |
| EX. N | Excerpts from Summary of Terms, dated June 25, 2007 | App. 338 – App. 415 |
| | PARCS Master Trust, Class 2007-3 CALVADOS (Floating Recovery) Units, underwritten by Merrill Lynch, allegedly purchased on January 31, 2007 (Am. Compl. ¶ 130): | |
| EX. O | Excerpts from Pricing Supplement, dated January 31, 2007 | App. 416 – App. 448 |
| EX. P | Excerpts from Private Placement Memorandum, dated January 31, 2007 | App. 449 – App. 504 |
| | U.S. Capital Funding VI Ltd., underwritten by Merrill Lynch and StoneCastle Securities LLC, allegedly purchased on July 2, 2007 (Am. Compl. ¶ 135): | |
| EX. Q | Excerpts from Offering Circular, dated June 28, 2007 | App. 505 – App. 579 |
| | Morgan Stanley ACES SPC, Series 2007-2, issued by Morgan Stanley Managed ACES SPC, allegedly purchased on January 29, 2007 (Am. Compl. ¶ 153): | |
| EX. R | Excerpts from Private Placement Memorandum Supplement, dated January 29, 2007 | App. 580 – App. 628 |
| | Morgan Stanley ACES SPC, Series 2007-8, issued by Morgan Stanley Managed ACES SPC, allegedly purchased on March 14, 2007 (Am. Compl. ¶ 154): | |
| EX. S | Excerpts from Private Placement Memorandum Supplement, dated March 14, 2007 | App. 629 – App. 681 |
| | Morgan Stanley ACES SPC, Series  2007-13, issued by Morgan Stanley Managed ACES SPC, allegedly purchased on April 11, 2007 (Am. Compl. ¶ 155): | |
| EX. T | Excerpts from Private Placement Memorandum Supplement, dated April 11, 2007 | App. 682 – App. 731 |
| | REVE SPC, ING Managed Synthetic 2007-2 Class A Notes, Series 53, underwritten by UBS, allegedly purchased on July 30, 2007 (Am. Compl. ¶ 176): | |
| EX. U | Excerpts from Final Private Placement Memorandum Supplement, dated July 26, 2007 | App. 732 – App. 798 |

| Ex. | Document | Page No. |
|---|---|---|
| EX. V | Excerpts from Base Private Placement Memorandum, dated March 20, 2007 | App. 799 – App. 812 |
| **OTHER DOCUMENTS** | | |
| Bank Defendants' Exposure to and Losses from RMBS and CDOs | | |
| EX. W | Morgan Stanley, SEC Form 10-K for the fiscal year ended November 30, 2007 | App. 813 – App. 822 |
| EX. X | UBS, Fourth Quarter 2007 Financial Report | App. 823 – App. 831 |
| EX. Y | UBS, Shareholder Report on UBS's Write-Downs, dated April 18, 2008 | App. 832 – App. 841 |
| EX. Z | Merrill Lynch & Co., Inc., SEC Form 10-K for the fiscal year ended December 28, 2007 | App. 842 – App. 850 |
| EX. AA | Bear Sterns Companies Inc., SEC Form 10-K for the fiscal year ended November 30, 2007 | App. 851 – App. 860 |
| Publicly Available Materials Regarding the Correlation Assumptions Used by the Rating Agencies | | |
| EX. BB | Overlapping Subprime Exposure Mask Risks of CDOs, Moody's Says, Bloomberg, Apr. 4, 2007 | App. 861 – App. 863 |
| EX. CC | Moody's Warns on ABS CDO Tranche Correlation, Structured Credit Investor, May 16, 2007 | App. 864 – App. 867 |
| EX. DD | Where Did the Risk Go? How Misapplied Bond Ratings Cause Mortgage Backed Securities and Collateralized Debt Obligation Market Disruptions, Joseph Mason and Joshua Rosner, presented at the Hudson Institute, May 3, 2007 | App. 868 – App. 955 |
| EX. EE | CDO Boom Masks Subprime Losses, Abetted by S&P, Moody's, Fitch, Bloomberg, May 31, 2007 | App. 956 – App. 967 |
| EX. FF | Criteria: Correlation and Recovery Assumptions Revised for CDOs of ABS Backed by RMBS, S&P, Feb. 4, 2008 | App. 968 – App. 974 |
| EX. GG | Summary Report of Issues Identified in the Commission Staff's Examinations of Select Credit Rating Agencies, United States Securities and Exchange Commission, July 2008 | App. 975 – App. 1014 |
| EX. HH | Global Beat: Credit Raters Left Seal on Meltdown, Dallas Morning News, Oct. 21, 2008 | App. 1015 – App. 1018 |

| <u>Ex.</u> | <u>Document</u> | <u>Page No.</u> |
|---|---|---|
| EX. II | <u>Moody's Updates its Key Assumptions for Rating Structured Finance CDOs</u>, Moody's, Dec. 11, 2008 | App. 1019 – App. 1022 |
| EX. JJ | <u>CDOs: Update to Global Methodologies and Assumptions for Corporate Cash Flow and Synthetic CDOs</u>, S&P, Sep. 17, 2009 | App. 1023 – App. 1051 |
| <u>Publicly Available Materials Regarding Deviations from Loan Underwriting Guidelines</u> | | |
| EX. KK | <u>GM Delays Filing, Stoking Doubts – Move Raises Concerns Over Subprime Exposure, Overshadows Strong Sales</u>, The Wall Street Journal, Mar. 2, 2007 | App. 1052 – App. 1056 |
| EX. LL | <u>Crisis Looms in Mortgages</u>, The N.Y. Times, Mar. 11, 2007 | App. 1057 – App. 1063 |
| EX. MM | <u>BLB&G Investigating Collapse of Subprime Lending Institutions; Jerry Silk Discusses on CNBC's Power Lunch</u>, Press Release, Bernstein Litowitz Berger & Grossmann LLP, Mar. 19, 2007 | App. 1064 – App. 1065 |
| EX. NN | <u>Ex-insider Saw Lenders Lose Control</u>, Dallas Morning News, Apr. 6, 2008 | App. 1066 – App. 1070 |
| EX. OO | <u>Fitch: Underwriting & Fraud Significant Drivers of Subprime Defaults; New Originator Reviews, Business Wire</u>, Fitch, Nov. 28, 2007 | App. 1071 – App. 1075 |
| EX. PP | <u>Saying Yes, WaMu Built Empire on Shaky Loans</u>, The N.Y. Times, Dec. 27, 2008 | App. 1076 – App. 1084 |
| EX. QQ | <u>Subprime-Related Securities Litigation: Early Trends</u>, Gibson Dunn, Mar. 23, 2009 | App. 1085 – App. 1101 |