IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOWN NORTH BANK, N.A., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| SHAY FINANCIAL SERVICES INC., UBS FINANCIAL SERVICES, INC., MORGAN STANLEY & CO. LLC, MERRILL LYNCH & CO. INC., J.P. MORGAN SECURITIES LLC, successor in interest to BEAR STEARNS & CO., INC., | § CIVIL ACTION NO. 3:11-CV-3125-L |
| | § |
| Defendants. | § |

**SHAY FINANCIAL SERVICES, INC.'S JOINDER IN AND INCORPORATION
BY REFERENCE OF THE BANK DEFENDANTS' MOTION TO DISMISS**

In light of the factual and legal overlap and dual application of the arguments made by the Bank Defendants for the dismissal of Plaintiff Town North Bank, N.A.'s ("Town North") claims for violation of section 10(b) of the Securities Exchange Act of 1934, violation of article 581-33(A)(2) of the Texas Securities Act, and common law fraud, Defendant Shay Financial Services, Inc. ("Shay Financial") hereby joins in and incorporates by reference those arguments to the extent that they apply to those claims as asserted by Town North against Shay Financial.

1

la-1170881

Because the arguments set forth by the Bank Defendants apply equally to all Defendants, Shay Financial will not repeat those arguments in full.

Accordingly, Town North Bank's Complaint should be dismissed.

Respectfully submitted

*s/ Mark R. McDonald*
Mark R. McDonald
State Bar No. 137001
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
213-892-5200
213-892-5454 (Telecopier)


*s/ S. Cass Weiland*
S. Cass Weiland
State Bar No. 21081300
**PATTON BOGGS LLP**
2000 McKinney Ave., Suite 1700
Dallas Texas 75201
214-758-1500
214-758-1550 (Telecopier)

**ATTORNEYS FOR DEFENDANT
SHAY FINANCIAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, a true and correct copy of the foregoing was filed via the Court's CM/ECF system which will send notification of such filings(s) to all counsel of record consenting to electronic service.

*s/ Mark R. McDonald*
Mark R. McDonald
