IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-3125-L |
| | § | |
| **SHAY FINANCIAL SERVICES, INC.,** | § | |
| **UBS FINANCIAL SERVICES INC.,** | § | |
| **MORGAN STANLEY & CO. LLC,** | § | |
| **MERRILL LYNCH & CO., INC.,** | § | |
| **MERRILL LYNCH, PIERCE, FENNER** | § | |
| **& SMITH INCORPORATED, and** | § | |
| **J.P. MORGAN SECURITIES LLC,** | § | |
| successor in interest to | § | |
| **BEAR STEARNS & CO., INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the court is the parties' Joint Agreed Motion for Extension of time and Page Limitations, filed June 1, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadlines for the parties to file their responses and replies are as follows:

(i) Plaintiff's Response to the Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint shall be filed on or before **July 2, 2012**, and shall not exceed **40** pages in length;

(ii) Plaintiff's Response to Defendant Shay's Motion to Dismiss Plaintiff's Amended Complaint shall be filed on or before **July 2, 2012**, and shall not exceed **25** pages in length; and

(iii) All Defendants' Replies to Plaintiff's Responses shall be filed on or before **August 6, 2012**, and Bank Defendants' Reply Brief shall not exceed **25** pages in length.

**It is so ordered** this 4th day of June, 2012.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

ORDER - PAGE 2