# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

Town North Bank, N.A.
Plaintiff

v.

Shay Financial Services, Inc., et al.
Defendant

3:11-cv-03125-L
Civil / Criminal Action No.

## NOTICE OF CORRECTION OF SIGNATURE OMISSION

On    Jun 1, 2012    I submitted a document by electronic means that was entered on the docket as document number   #67  , titled

> Joint Agreed Motion for Extension of Time and Page Limitations

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date: Jun 4, 2012

s/    Steven A. Schneider

Bar Number: 17790550

Address: 300 N. Coit Road

Suite 1125

Richardson, TX  75080

Telephone: 972-479-1112

Fax: 972-479-1113

E-mail: steve@schneidlaw.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil or Criminal/ Notices/Notice of Correction of Signature Omission

Dated: June 1, 2012

        Respectfully submitted,

        /s/ Steven A. Schneider
        Stuart M. Reynolds, Jr.
        State Bar No. 16805700
        Steven A. Schneider
        State Bar No. 17790550
        **SCHNEIDER & MILLER, P.C.**
        300 N. Coit Road, Suite 1125
        Richardson, Texas 75080
        Telephone: (972) 479-1112
        Telecopy: (972) 479-1113
        Email: steve@schneidlaw.com
        Email: stuart@schneidlaw.com

        **ATTORNEYS FOR PLAINTIFF TOWN NORTH BANK, N.A.**

        GIBSON, DUNN & CRUTCHER LLP

        /s/ Brian Edward Robison
        Brian Edward Robison
        State Bar No. 00794547
        2100 McKinney Avenue, Suite 1100
        Dallas, TX 75201-6912
        Telephone: (214) 698-3370
        Facsimile: (214) 571-2928
        Email: BRobison@gibsondunn.com

        **ATTORNEYS FOR DEFENDANT UBS FINANCIAL SERVICES INC.**

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Rodney Acker*
Ellen Sessions
State Bar No. 00796282
Rodney Acker
State Bar No. 00830700
Nicholas K. Taunton
State Bar No. 24079439
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone:     (214) 855-8000
Facsimile:      (214) 855-8200
Email: sessions@fulbright.com
Email: racker@fulbright.com
Email: ntaunton@fulbright.com

James P. Rouhandeh*
Daniel J. Schwartz*
Paul S. Mishkin *
*admitted *pro hac vice*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:     (212) 450-4000
Facsimile:      (212) 701-5800
Email: rouhandeh@davispolk.com
Email: daniel.schwartz@davispolk.com
Email: paul.mishkin@davispolk.com

**ATTORNEYS FOR DEFENDANT
MORGAN STANLEY & CO. LLC**

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Noelle M. Reed*
        Noelle M. Reed
        State Bar No. 24044211
        Heather A. Lohman
        State Bar No. 24027008
1000 Louisiana Street, Suite 6800
Houston, TX 77002-5026
Telephone:    (713) 655-5122
Facsimile:    (713) 483-9122
Email: Noelle.Reed@Skadden.com
Email: Heather.Lohman@Skadden.com

**ATTORNEYS FOR DEFENDANTS MERRILL LYNCH & CO., INC., AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

                GREENBERG TAURIG, LLP

                */s/ Stephen C. Carlin*
                Stephen C. Carlin
                State Bar No. 03807700
                Marc D. McPeak
                State Bar No. 24039050
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone:    (214) 665-3600
Facsimile:     (214) 665-3601
Email: carlins@gtlaw.com
Email: mcpeakm@gtlaw.com

                Eric N. Whitney
                State Bar No. 00785241
                Anastasia A. Angelova*
                Richard A. Edlin*
                *admitted *pro hac vice*
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166
Telephone:    (212) 801-9200
Facsimile:     (212) 801-6400
Email: whitneye@gtlaw.com
Email: angelovaa@gtlaw.com
Email: edlinr@gtlaw.com

                Michael T. Reynolds*
                Kevin J. Orsini*
                *admitted *pro hac vice*
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:    (212) 474-1000
Facsimile:     (212) 474-3700
Email: mreynolds@cravath.com
Email: korsini@cravath.com

**ATTORNEYS FOR DEFENDANT J.P. MORGAN SECURITIES LLC,** *Successor in Interest to Bear Stearns & Co., Inc.*

PATTON BOGGS LLP

/s/ S. Cass Weiland
S. Cass Weiland
State Bar No. 21081300
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Email: cweiland@pattonboggs.com

Mark R. McDonald*
*admitted *pro hac vice*
MORRISON & FOERSTER LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024
Telephone: (213) 892-5810
Facsimile: (213) 892-5454
Email: mmcdonald@mofo.com

**ATTORNEYS FOR DEFENDANT SHAY FINANCIAL SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendants conferred regarding the substance of this motion, and all parties agree to the relief sought by this motion.

/s/ Stuart M. Reynolds
Stuart M. Reynolds, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Stuart M. Reynolds
Stuart M. Reynolds, Jr.

S:\Town North Bank - CDO Litigation\Pleadings\Joint Agreed Motion for extension of time and page limits re motions to dismiss amended complaint (FINAL Clean 6-1-12).doc