GreenbergTraurig

Stephen C. Carlin
Tel. (214) 665-3650
Fax (214) 665-3601
carlins@gtlaw.com

June 13, 2012

*Via HAND DELIVERY and PACER/ECF*

Hon. Sam A. Lindsay
United States District Judge
United States District Court for the Northern District of Texas
1100 Commerce, Room 1312
Dallas, Texas 75242

Re: *Town North Bank, N.A. v. Shay Financial Services, Inc., et al.*
Civil Action No. 3:11-CV-3125-L

Dear Judge Lindsay:

    Defendant J.P. Morgan Securities LLC ("Defendant") respectfully submits to the Court for its consideration a May 25, 2012 Transcript of Opinion entered in *First Community Bank v. First Tennessee Bank, N.A., et. al.* (Cause No. 3-475-11; Circuit Court for Knox County, Tennessee). Defendant submits this recently-issued authority to supplement the Defendants' pending Motion to Dismiss because the *First Community Bank* case involves analogous facts and claims against Defendant. Additionally, both *First Community Bank* and *Town North Bank* involve the same CDO, SOLOSO 2007-1. As evident from the opinion, the *First Community Bank* Court dismissed all of the causes of action against Defendant arising out of the sale of the security. For the Court's reference, the Plaintiff's operative Complaint from the *First Community Bank* lawsuit is also enclosed. Defendant stands ready to supplement the foregoing submission should Your Honor wish to review any additional pleadings or filings related to the *First Community Bank* case.

                                                                          Respectfully submitted,

                                                                          Stephen C. Carlin

Enclosures

    cc:    All Counsel of Record via Pacer/ECF

*NY 242,104,097v3 6-13-12*