IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOWN NORTH BANK, N.A., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| SHAY FINANCIAL SERVICES, INC., | § |
| UBS FINANCIAL SERVICES, INC., | § |
| MORGAN STANLEY & CO., LLC, | §   Civil Action No. 3:11-cv-03125-L |
| MERRILL LYNCH & CO., INC., | § |
| MERRILL LYNCH, PIERCE, FENNER | § |
| & SMITH INCORPORATED, and | § |
| J.P. MORGAN SECURITIES LLC, | § |
| Successor In Interest to | § |
| BEAR STEARNS & CO., INC., | § |
| | § |
| Defendants. | |

## ORDER DENYING BANK DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Before the Court are: (1) Motion to Dismiss Plaintiff's Amended Complaint Against Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., and J.P. Morgan Securities LLC (Doc. #62) (the "Bank Defendants' Motion to Dismiss"), Memorandum of Law in Support of Bank Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. #64), and Appendix in Support of Motion to Dismiss Plaintiff's Amended Complaint Against Defendants UBS Financial Services Inc., Morgan Stanley & Co. LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., and J.P. Morgan Securities LLC (Doc. #65 through Doc. #65-5); and (2) Plaintiff's Response to Bank Defendants' Motion to Dismiss Amended Complaint (Doc. #____) ("Plaintiff's Response"), and Appendix to Plaintiff's Response to Bank Defendants' Motion to

Dismiss Amended Complaint (Doc. #_____). Defendant Shay Financial Services, Inc. joined in the Bank Defendants' Motion to Dismiss. (*See* Shay Financial Services, Inc.'s Joinder in and Incorporation by Reference of the Bank Defendants' Motion to Dismiss (Doc. #66). The Court has considered the Bank Defendants' Motion to Dismiss and supporting memorandum of law, the Plaintiff's Response, the reply brief submitted by the Bank Defendants (Doc. #____) (and any joinder therein filed by Defendant Shay Financial Services, Inc.), the Appendices submitted by Defendants and by Plaintiff, and the Amended Complaint (Doc. #50) filed by Plaintiff on April 9, 2012. After consideration of the foregoing, the Court finds that the Bank Defendants' Motion to Dismiss should be denied.

IT IS THEREFORE HEREBY **ORDERED** that the Bank Defendants' Motion to Dismiss (Doc. #62) is hereby **DENIED** in all respects as to all Defendants.

Signed this _____ day of _____, 2012.

						_____
						**HONORABLE SAM A. LINDSAY**
						**UNITED STATES DISTRICT JUDGE**

S:\Town North Bank - CDO Litigation\Pleadings\Motions to Dismiss\Drafts\Order Denying Bank Defendants' Motion to Dismiss Amended Complaint (Final).doc

**ORDER DENYING BANK DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT – PAGE 2**