# SCHNEIDER & MILLER, P.C.
ATTORNEYS AT LAW
300 N. COIT ROAD, SUITE 1125
RICHARDSON, TEXAS 75080

Stuart M. Reynolds, Jr.  
E-mail: stuart@schneidlaw.com

Telephone (972) 479-1112  
Facsimile  (972) 479-1113

July 11, 2012

**VIA HAND DELIVERY and PACER/ECF**
Honorable Sam A. Lindsay
United States District Judge
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, TX  75242

Re:  *Town North Bank, N.A. v. Shay Financial Services, Inc., UBS Financial Services, Inc., Morgan Stanley & Co., LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and J.P. Morgan Securities LLC, Successor In Interest to Bear Stearns & Co., Inc.*, Case No. 3:11-cv-03125-L, in the United States District Court for the Northern District of Texas, Dallas Division

Dear Judge Lindsay:

Plaintiff respectfully submits to the Court for its consideration, as a Supplement to Appendix to Plaintiff's Response to Defendant Shay's Motion to Dismiss, the Complaint filed April 24, 2012 in *Watertown Savings Bank v. Shay Assets Management, Inc., et al.*, Case No. 2012-L-004378; Circuit Court of Cook County, Illinois, County Department, Law Division. For the Court's convenience, we have numbered the Complaint TNB SHAY APP 031 to 062 as it relates to Plaintiff's Response (Doc. #73) and Appendix (Doc. #74) to Shay Financial Services, Inc.'s Motion to Dismiss Amended Complaint (Doc. #60). The Complaint is filed in another lawsuit similar to the lawsuit described in Exhibit E, TNB SHAY APP 021-022.

Very truly yours,

Stuart M. Reynolds, Jr.

cc:   All Counsel of Record via Pacer/ECF

S DRIVE\Town North Bank - CDO Litigation\Correspondence\Letter to Judge Lindsay sending Cook County Complaint and attachments 7-11-12.doc