**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.**, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. **3:11-CV-03125-L** |
| | § | |
| **SHAY FINANCIAL SERVICES, INC.**, | § | |
| **UBS FINANCIAL SERVICES INC.**, | § | |
| **MORGAN STANLEY & CO. LLC**, | § | |
| **MERRILL LYNCH & CO., INC.**, | § | |
| **MERRILL LYNCH, PIERCE, FENNER** | § | |
| **& SMITH INCORPORATED, and** | § | |
| **J.P. MORGAN SECURITIES LLC**, | § | |
| **Successor In Interest to** | § | |
| **BEAR STEARNS & CO., INC.**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is the Agreed Motion for Extension of Shay Financial Services, Inc.'s Reply Brief Page Limitation (Doc. 76), filed August 6, 2012.  The court determines that the Agreed Motion for Extension of Shay Financial Services, Inc.'s Reply Brief Page Limitation should be and is hereby **granted**.  Accordingly, Defendant Shay Financial Services, Inc. may file a reply brief that does not exceed **15 pages** in length.

**It is so ordered** this 6th day of August, 2012.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page