IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. **3:11-CV-03125-L** |
| **SHAY FINANCIAL SERVICES, INC.**,<br>**UBS FINANCIAL SERVICES INC.**,<br>**MORGAN STANLEY & CO. LLC**,<br>**MERRILL LYNCH & CO., INC.**,<br>**MERRILL LYNCH, PIERCE, FENNER**<br>**& SMITH INCORPORATED, and**<br>**J.P. MORGAN SECURITIES LLC**,<br>Successor In Interest to<br>**BEAR STEARNS & CO., INC.**, | § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is Shay Financial Service, Inc.'s Joinder In and Incorporation By Reference of the Bank Defendants' Motion to Dismiss (Doc. 66), filed May 18, 2012. The court **grants** Shay Financial Service, Inc.'s Joinder In and Incorporation By Reference of the Bank Defendants' Motion to Dismiss (Doc. 66).

**It is so ordered** this 20th day of February, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page