**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3125-L** |
| | § | |
| **SHAY FINANCIAL SERVICES, INC.,** | § | |
| **UBS FINANCIAL SERVICES INC.,** | § | |
| **MORGAN STANLEY & CO. LLC,** | § | |
| **MERRILL LYNCH & CO., INC.,** | § | |
| **MERRILL LYNCH, PIERCE, FENNER** | § | |
| **& SMITH INCORPORATED, and** | § | |
| **J.P. MORGAN SECURITIES LLC,** | § | |
| Successor In Interest to | § | |
| **BEAR STEARNS & CO. INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the court is Defendants' Unopposed Motion to Set the Deadline to Answer the Plaintiff's Amended Complaint, filed April 15, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendants to answer Plaintiff's Amended Complaint is **May 16, 2013**. *No further extensions will be granted.*

**It is so ordered** this 15th day of April, 2013.

Sam A. Lindsay
United States District Judge

**ORDER - Solo Page**