**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES, INC., | § | CIVIL ACTION NO. 3:11-CV-3125-L |
| MORGAN STANLEY & CO., LLC, | § | |
| MERRILL LYNCH & CO., INC., | § | The Hon. Sam A. Lindsey |
| MERRIL LYNCH, PIERCE, FENNER & | § | |
| SMITH INCORPORATED, AND | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| Successor in Interest to | § | |
| BEAR STEARNS & CO., INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective April 22, 2013, the Los Angeles office of Morrison & Foerster LLP will relocate from 555 W. Fifth Street, Los Angeles, California 90013-1024 to the following address:

**Morrison & Foerster LLP**

**707 Wilshire Blvd.**

**Suite 6000**

**Los Angeles, California 90017-3543**

The telephone and facsimile numbers will remain the same.

la-1207610

1

All further pleadings and correspondence in this action directed to Morrison & Foerster's Los Angeles office should be sent to the new address.

Respectfully submitted,

*/s/ Mark R. McDonald*
Mark R. McDonald
State Bar No. 137001
*Admitted Pro Hac Vice*
**MORRISON & FOERSTER LLP**
555 West Fifth Street, Ste. 3500
Los Angeles, CA  90013-1024
Telephone:  213-892-5200
Facsimile:   213-892-5454


*/s/ S. Cass Weiland*
S. Cass Weiland
State Bar No. 21081300
PATTON BOGGS LLP
2000 McKinney Ave., Suite 1700
Dallas Texas 75201
Telephone:  214-758-1500
Facsimile:   214-758-1550

**ATTORNEYS FOR DEFENDANT
SHAY FINANCIAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, a true and correct copy of the foregoing was filed via the Court's CM/ECF system which will send notification of such filings(s) to all counsel of record consenting to electronic service.

*/s/ Mark R. McDonald*
Mark R. McDonald