**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SHAY FINANCIAL SERVICES, INC., | § | |
| UBS FINANCIAL SERVICES, INC., | § | CIVIL ACTION NO. 3:11-CV-3125-L |
| MORGAN STANLEY & CO., LLC, | § | |
| MERRILL LYNCH & CO., INC., | § | The Hon. Sam A. Lindsey |
| MERRIL LYNCH, PIERCE, FENNER & | § | |
| SMITH INCORPORATED, AND | § | |
| J.P. MORGAN SECURITIES LLC, | § | |
| Successor in Interest to | § | |
| BEAR STEARNS & CO., INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT SHAY FINANCIAL SERVICES, INC.'S REPLY MEMORANDUM IN
SUPPORT OF REQUEST TO CERTIFY THE MARCH 30, 2013 ORDER FOR
IMMEDIATE APPEAL AND TO STAY PROCEEDINGS**

**[28 U.S.C. §1292(b)]**

Defendant Shay Financial Services joins in the Bank Defendants' Reply Brief. The March 30, 2013 Order denying Defendants' Motions to Dismiss (1) involves controlling questions of law, which were addressed in Shay's Motion to Dismiss and the Bank Defendants' Motion to Dismiss; (2) there are substantial grounds for difference of opinion on those questions of law, and (3) an immediate appeal from the Order may materially advance the ultimate termination of this action.

| | |
|---|---|
| Dated: June 3, 2013 | Respectfully submitted, |
| | */s/ Mark R. McDonald* |
| | Mark R. McDonald |
| | State Bar No. 137001 |
| | *Admitted Pro Hac Vice* |
| | **MORRISON & FOERSTER LLP** |
| | 707 Wilshire Blvd., Ste. 6000 |
| | Los Angeles, CA  90017-3543 |
| | Telephone:  213-892-5200 |
| | Facsimile:   213-892-5454 |
| | |
| | */s/ S. Cass Weiland* |
| | S. Cass Weiland |
| | State Bar No. 21081300 |
| | **PATTON BOGGS LLP** |
| | 2000 McKinney Ave., Suite 1700 |
| | Dallas Texas 75201 |
| | Telephone:  214-758-1500 |
| | Facsimile:   214-758-1550 |
| | |
| | **ATTORNEYS FOR DEFENDANT SHAY FINANCIAL SERVICES, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013 a true and correct copy of the foregoing was filed via the Court's CM/ECF system which will send notification of such filings(s) to all counsel of record consenting to electronic service.

                                               */s/ Mark R. McDonald*
                                               Mark R. McDonald

la-1212401