IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOWN NORTH BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:11-CV-3125-L |
| SHAY FINANCIAL SERVICES INC., | § | |
| UBS FINANCIAL SERVICES, INC., | § | |
| MORGAN STANLEY & CO. LLC, | § | |
| MERRILL LYNCH & CO. INC., | § | |
| MERRILL LYNCH, PIERCE, FENNER & | § | |
| SMITH INCORPORATED, AND J.P. | § | |
| MORGAN SECURITIES LLC, | § | |
| Successor in Interest to | § | |
| BEAR STEARNS & CO., INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant, J.P. Morgan Securities LLC's, Unopposed Motion to Substitute Counsel filed July 20, 2013. The court determines that this motion should be, and is hereby, **granted**. Accordingly, Marc McPeak is withdrawn as counsel for Defendant, J.P. Morgan Securities LLC, and he is relieved of any further representation of or obligation to Defendant in this case; and Joseph P. Griffith is designated as counsel of record for Defendant, J.P. Morgan Securities LLC.

**It is so ordered** this 31st day of July, 2013.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge