IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOWN NORTH BANK, N.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| SHAY FINANCIAL SERVICES INC., § | |
| UBS FINANCIAL SERVICES, INC., § | |
| MORGAN STANLEY & CO. LLC, § | CIVIL ACTION NO. 3:11-CV-3125-L |
| MERRILL LYNCH & CO. INC., § | |
| MERRILL LYNCH, PIERCE, FENNER & § | |
| SMITH INCORPORATED, AND J.P. § | |
| MORGAN SECURITIES LLC, § | |
| Successor in Interest to § | |
| BEAR STEARNS & CO., INC., § | |
| § | |
| Defendants. | |

**DEFENDANT J.P. MORGAN SECURITIES LLC'S
UNOPPOSED MOTION TO WITHDRAW MR. STEPHEN C. CARLIN AS COUNSEL**

Defendant J.P. Morgan Securities LLC ("Defendant") files this Unopposed Motion to Withdraw Mr. Stephen C. Carlin as Counsel and states as follows:

1. Among other defense counsel, Defendant is currently represented in this case by Mr. Stephen C. Carlin of Greenberg Traurig, LLP. Mr. Carlin is planning to leave the firm and will no longer be associated with Greenberg Traurig, LLP at the end of this month.

2. Mr. Joseph P. Griffith, also of Greenberg Traurig, LLP, remains as counsel for Defendant.

3. Pursuant to Northern District of Texas Local Rule 83.12, Defendant wishes to allow Mr. Stephen C. Carlin of Greenberg Traurig, LLP to withdraw as counsel of record. Mr. Griffith is a member in good standing of the State Bar of Texas and is admitted to practice before

this Court. His Texas bar number and contact information are given below.

4. Plaintiff's counsel was informed of the proposed withdrawal of counsel and has informed Mr. Griffith that he has no objection to the substitution.

WHEREFORE, Defendant respectfully requests that this Court grant its Unopposed Motion to Withdraw Counsel Mr. Stephen C. Carlin as Counsel and grant all other relief to which Defendant may be justly entitled.

                GREENBERG TRAURIG, LLP

                */s/ Joseph P. Griffith*
                Stephen C. Carlin
                State Bar No. 03807700
                Joseph P. Griffith
                State Bar No. 24045982
                2200 Ross Avenue, Suite 5200
                Dallas, TX 75201
                Telephone:  (214) 665-3600
                Facsimile:  (214) 665-3601
                Email: carlins@gtlaw.com
                Email: griffithj@gtlaw.com

    Eric N. Whitney
    State Bar No.  00785241
    Anastasia A. Angelova*
    Richard A. Edlin*
    *admitted *pro hac vice*
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY  10166
Telephone:     (212) 801-9200
Facsimile:      (212) 801-6400
Email:  whitneye@gtlaw.com
Email:  angelovaa@gtlaw.com
Email:  edlinr@gtlaw.com


    Michael T. Reynolds*
    Kevin J. Orsini*
    *admitted *pro hac vice*
CRAVATH SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
Telephone:     (212) 474-1000
Facsimile:      (212) 474-3700
Email:  mreynolds@cravath.com
Email:  korsini@cravath.com

**ATTORNEYS FOR DEFENDANT J.P. MORGAN SECURITIES LLC**

## CERTIFICATE OF CONFERENCE

    I hereby certify that I personally conferred with counsel for the Plaintiff concerning the subject matter of this Motion and the Plaintiff has no objection to the relief sought.


            */s/ Joe Griffith*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of August, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                                                  */s/ Joe Griffith*