IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOWN NORTH BANK, N.A.**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3125-L** |
| | § | |
| **SHAY FINANCIAL SERVICES, INC.;** | § | |
| **UBS FINANCIAL SERVICES INC.;** | § | |
| **MORGAN STANLEY& CO. LLC;** | § | |
| **MERRILL LYNCH & CO., INC.;** | § | |
| **MERRILL LYNCH, PIERCE, FENNER &** | § | |
| **SMITH INCORPORATED; AND** | § | |
| **J.P. MORGAN SECURITIES LLC,** | § | |
| **as successor in interest to** | § | |
| **BEAR STEARNS & CO., INC.,** | § | |
| | § | |
| Defendants. | § | |

# JUDGMENT

The court issues this judgment pursuant to its memorandum opinion and order of September 30, 2014. It is therefore **ordered, adjudged, and decreed** that Plaintiff Town North Bank, N.A. ("Plaintiff") take nothing against Defendants Shay Financial Services, Inc.; UBS Financial Services, Inc.; Morgan Stanley & Co. LLC; Merrill Lynch & Co., Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; and J.P. Morgan Securities LLC, as successor in interest to Bear Sterns & Co., Inc.; that this action is **dismissed with prejudice**; that all relief requested by Plaintiff is **denied**; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**.

**Signed** this 30th day of September, 2014.

_____
Sam A. Lindsay
United States District Judge